UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21074-UU

RAMON MATOS,

    Plaintiff,

v.

C.W.C. OF MIAMI, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On March 22, 2017, Plaintiff filed this Complaint against Defendants. D.E. 1. Based upon this Court's review of the docket, Plaintiff has not yet served Defendants, and/or has failed file verified proofs of service, despite the summonses having been issued on March 22, 2017. D.E. 4. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Wednesday, April 19, 2017**, as to why Plaintiff has failed to serve Defendants. In the alternative, Plaintiff SHALL file the verified proofs of service by this date and/or state, in detail, why Defendants have not yet been served. Failure to comply with this Order will result in the dismissal of this action without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of April, 2017.

*[signature]*
DISTRICT JUDGE

cc:
counsel of record via cm/ecf