## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21074-UU

RAMON MATOS,

    Plaintiff,

v.

C.W.C. OF MIAMI, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

On April 4, 2017, this Court issued her Order in Actions Brought under the Fair Labor Standards Act. D.E. 10. In her Order, the Court required Plaintiff to file a "Statement of Claim," as set out and described in the Order, no later than April 14, 2017. *Id.* To date, Plaintiff has failed to comply with the Court's Order. In the Order, the Court cautioned that the failure to comply with the Order may result in the imposition of appropriate sanctions, including the dismissal of the action. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that all pending claims against Defendants are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of April, 2017.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf